ETHEL ZEIGER et al., Appellants, *v.* INTERBOROUGH RAPID
TRANSIT COMPANY et al., Respondents.

Argued January 10, 1939; decided February 21, 1939.

*Elizabeth Stern* for appellants.

*William . C. Chanler, Corporation Counsel* (*Alan M. Stroock, Charles Blandy* and *Guernsey Price* of counsel), for City of New York, respondent.

*James L. Quackenbush* and *J. Osgood Nichols* for Interborough Rapid Transit Company, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.